# Exhibit 3

Electronically Filed by Superior Court of California, County of Orange, 07/09/2025 04:41:59 PM.
30-2025-01495982-CU-CR-CJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By J. Garay, Deputy Clerk.
Case 8:25-cv-01904-DFM   Document 1-3   Filed 08/27/25   Page 2 of 8   Page ID #:29

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | *FOR COURT USE ONLY* |
|---|---|
| Karen Kartun (357230)<br>200 Pier Ave, Ste. 226, Hermosa Beach, CA 90254 | |
| TELEPHONE NO.: 310-396-0731   FAX NO.: 310-399-7040 | |
| EMAIL ADDRESS: kkartun@hoffmanwashington.com | |
| ATTORNEY FOR *(Name)*: Jessamyn Huang | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana 92701
BRANCH NAME: Central Justice Center

CASE NAME:
Jessamyn Huang v. Garrison Fradella; Michael Kent; City of Irvine, Does 1-10 inclusive

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 30-2025-01495982-CU-CR-CJC |
|---|---|---|
| [x] Unlimited (Amount demanded exceeds $35,000) [ ] Limited (Amount demanded is $35,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: Assigned for All Purposes<br>DEPT.: Judge Thomas S McConville |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[x] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [x] monetary  b. [x] nonmonetary; declaratory or injunctive relief  c. [x] punitive
4. Number of causes of action *(specify)*: Eight
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. *(You may use form CM-015.)*

Date: July 9, 2025

Karen Kartun                                    ► *Karen Kartun* (signature)
(TYPE OR PRINT NAME)                            (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courts.ca.gov*

Electronically Filed by Superior Court of California, County of Orange, 08/11/2025 01:46:00 PM.
30-2025-01495982-CU-CR-CJC - ROA # 14 - DAVID H. YAMASAKI, Clerk of the Court By E. efilinguser, Deputy Clerk.
Case 8:25-cv-01904-DFM    Document 1-3    Filed 08/27/25    Page 3 of 8    Page ID #:30

| Attorney or Party without Attorney:<br>Paul Hoffman (SBN 71244)<br>Schonbrun Seplow Harris Hoffman & Zeldes LLP<br>200 Pier Avenue, Suite 226<br>Hermosa Beach, CA 90254<br>Telephone No: (310) 717-7373<br>Attorney For: Plaintiff | | Ref. No. or File No.:<br>HUANG | For Court Use Only |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF ORANGE | | | |
| Plaintiff: JESSAMYN HUANG<br>Defendant: GARRISON FRADELLA, Officer, Irvine Police Department., et al | | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: / Dept/Div: | Case Number:<br>30-2025-01495982-CU-CR-CJC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint

3. a. Party served: CITY OF IRVINE
   b. Person served: Officer Gomi, Public Assistant. Authorized to Accept. Asian American, Male, Age: 28, Hair: Black, Eyes: Brown, Height: 6'0", Weight: 190.

4. Address where the party was served:   1 Civic Center Plaza, Irvine, CA 92606

5. I served the party:
   a. **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Mon, Jul 28 2025 (2) at *(time)*: 01:57 PM
   (1) [X]  (business)
   (2) [ ]  (home)
   (3) [ ]  (other) :

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ]  as an individual defendant.
   b. [ ]  as the person sued under the fictitious name of *(specify)*:
   c. [ ]  as occupant.
   d. [X]  On behalf of *(specify)*:   CITY OF IRVINE
      under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)                          [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)                  [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)           [ ] 416.90 (authorized person)
      [X] 416.50 (public entity)                        [ ] 415.46 (occupant)
      [ ] other:



| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE SUMMONS | 13795218<br>(17372386)<br>Page 1 of 2 |
|---|---|---|

| | |
|---|---|
| *Plaintiff:* JESSAMYN HUANG<br>*Defendant:* GARRISON FRADELLA, Officer, Irvine Police Department., et al | Case Number:<br>30-2025-01495982-CU-CR-CJC |

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name: Mario Alvarado
   b. Address: **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. Telephone number: (213) 250-1111
   d. **The fee** for service was: $60.05
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a registered California process server:
         (i) [ ] owner  [ ] employee  [X] independent contractor
         (ii) Registration No: 2018155566
         (iii) County: Los Angeles

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

07/28/2025
(Date)

Mario Alvarado

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE SUMMONS | 13795218<br>(17372386)<br>Page 2 of 2 |

Electronically Filed by Superior Court of California, County of Orange, 08/11/2025 01:46:00 PM.
30-2025-01495982-CU-CR-CJC - ROA # 12 - DAVID H. YAMASAKI, Clerk of the Court By E. efilinguser, Deputy Clerk.
Case 8:25-cv-01904-DFM   Document 1-3   Filed 08/27/25   Page 5 of 8   Page ID #:32

| Attorney or Party without Attorney:<br>Paul Hoffman (SBN 71244)<br>run Seplow Harris Hoffman & Zeldes LLP<br>200 Pier Avenue Suite 226<br>Hermosa Beach, CA 90254<br>   *Telephone No:* (310) 717-7373<br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>HUANG | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF ORANGE | | |
| *Plaintiff:* JESSAMYN HUANG<br>*Defendant:* GARRISON FRADELLA, Officer, Irvine Police Department., et al | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date:    Time:    Dept/Div: | Case Number:<br>30-2025-01495982-CU-CR-CJC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint

3. a. Party served: MICHAEL KENT, Chief, Irvine Police Department
   b. Person served: Officer Gomi, Public Assistant. Authorized to Accept. Asian American, Male, Age: 28, Hair: Black, Eyes: Brown, Height: 6'0", Weight: 190.

4. Address where the party was served: 1 Civic Center Plaza, Irvine, CA 92606

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Mon, Jul 28 2025 (2) at *(time)*: 01:57 PM
   (1) [X] (business)
   (2) [ ] (home)
   (3) [ ] (other):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify)*:
   under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)                  [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)           [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)   [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)                   [ ] 415.46 (occupant)
      [ ] other:



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

13795214
(17372377)
Page 1 of 2

| Plaintiff: JESSAMYN HUANG | Case Number: |
| --- | --- |
| Defendant: GARRISON FRADELLA, Officer, Irvine Police Department., et al | 30-2025-01495982-CU-CR-CJC |

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name: Mario Alvarado
   b. Address: **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. Telephone number: (213) 250-1111
   d. **The fee** for service was: $107.90
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a registered California process server:
         (i) [ ] owner  [ ] employee  [X] independent contractor
         (ii) Registration No: 2018155566
         (iii) County: Los Angeles

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

07/28/2025
(Date)

_Mario Alvarado_
Mario Alvarado

| Judicial Council Form POS-010 Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE SUMMONS | 13795214 (17372377) Page 2 of 2 |
| --- | --- | --- |

Electronically Filed by Superior Court of California, County of Orange, 08/11/2025 01:46:00 PM.
30-2025-01495982-CU-CR-CJC - ROA # 10 - DAVID H. YAMASAKI, Clerk of the Court By E. efilinguser, Deputy Clerk.
Case 8:25-cv-01904-DFM   Document 1-3   Filed 08/27/25   Page 7 of 8   Page ID #:34

| Attorney or Party without Attorney:<br>Paul Hoffman (SBN 71244)<br>Schonbrun Seplow Harris Hoffman & Zeldes LLP<br>200 Pier Avenue Suite 226<br>Hermosa Beach, CA 90254<br>   *Telephone No:* (310) 717-7373<br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>HUANG | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF ORANGE | | |
| *Plaintiff:* JESSAMYN HUANG<br>*Defendant:* GARRISON FRADELLA, Officer, Irvine Police Department., et al | | |

| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>30-2025-01495982-CU-CR-CJC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint

3. a. Party served: GARRISON FRADELLA, Officer, Irvine Police Department.
   b. Person served: Officer Gomi, Public Assistant. Authorized to Accept. Asian American, Male, Age: 28, Hair: Black, Eyes: Brown, Height: 6'0", Weight: 190.

4. Address where the party was served: 1 Civic Center Plaza, Irvine, CA 92606

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Mon, Jul 28 2025 (2) at *(time)*: 01:57 PM
   (1) [X] (business)
   (2) [ ] (home)
   (3) [ ] (other) :

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify)*:
   under the following Code of Civil Procedure section:
   [ ] 416.10 (corporation)           [ ] 415.95 (business organization, form unknown)
   [ ] 416.20 (defunct corporation)   [ ] 416.60 (minor)
   [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
   [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
   [ ] 416.50 (public entity)         [ ] 415.46 (occupant)
   [ ] other:



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

13795208
(17372379)
Page 1 of 2

| Plaintiff: JESSAMYN HUANG | Case Number: |
| Defendant: GARRISON FRADELLA, Officer, Irvine Police Department., et al | 30-2025-01495982-CU-CR-CJC |

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name: Mario Alvarado
   b. Address: **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. Telephone number: (213) 250-1111
   d. **The fee** for service was: $60.05
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a registered California process server:
          (i) [ ] owner  [ ] employee  [X] independent contractor
          (ii) Registration No: 2018155566
          (iii) County: Los Angeles

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

07/28/2025
(Date)

Mario Alvarado

| Judicial Council Form POS-010 | PROOF OF SERVICE SUMMONS | 13795208 |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | | (17372379) Page 2 of 2 |