**Case Number: IPD-25-01881**
**Report Number: IPD-25-01881-001**



IRVINE POLICE DEPARTMENT



## CASE REPORT

| ADMINISTRATIVE | | | |
|---|---|---|---|
| **LOCATION OF OCCURRENCE** | | | |
| ███████████ IRVINE, CA 92612 | | | |
| | UNIVS | 3 | 135 |
| **DATE(S) OCCURRED** | | | |
| 2/16/2025 12:20:51 AM (Sunday) | **TO** | () | |
| **DATE/TIME REPORTED** | | | |
| 2/16/2025 12:20:51 AM | | | |

| RECORDINGS | IBR DISPO | COURTESY REPORT | DICTATION NUMBER |
|---|---|---|---|
| BWC | Active | No | |
| **INTOX REPORT** | **ID THEFT RELATED** | **GANG RELATED** | |
| | | No | |
| **ASSOCIATED CASE NUMBER(S)** | | | |
| | | | |
| **SEND COPIES TO** | | | |
| | | | |
| **SUMMARY AND WORKABLE INFO** | | | |
| Female calls to report a domestic violence incident with her ex-boyfriend. At the conclusion of the investigation, it was determined that the male half had physical injuries. The calling party was the dominant aggressor and was placed under arrest. The male half gave minor statements of self harm and was transported voluntarily to a mental health facility for evaluation. | | | |

| FTO (IF APPLICABLE) | |
|---|---|
| **APPROVED BY** | **APPROVAL DATE/TIME** |
| 362 - Thrasher, Joshua | 2/16/2025 10:54:04 PM |

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 729 - Fradella, Garrison | 2/16/2025 4:32:42 AM | 3/6/2025 2:43:59 PM | 1 of 12 |

**Case Number: IPD-25-01881**
**Report Number:** IPD-25-01881-001

**OFFENSE(S)**

| OFFENSE | | |
|---|---|---|
| PC - 273.5(A) - M - INFLICT CORPORAL INJURY ON SPOUSE/COHABITANT/DATNG RELATNSHP - SIMPLE ASSAULT | | |

| LOCATION TYPE | HATE/BIAS MOTIVATION | HATE ACT |
|---|---|---|
| APT/CDO/TWN | None (No Bias) | |

| WEAPONS | DOMESTIC VIOLENCE | STRANGULATION |
|---|---|---|
| Personal Weapons (hands, feet, teeth, etc.) | Yes | None |

| SUSPECTED OF USING | ANTI-REPRODUCTIVE | CRIMINAL ACTIVITY | GANG ACTIVITY |
|---|---|---|---|
| None | No | | |

| CARGO THEFT | TYPE OF SECURITY | TOOLS | ARSON PROPERTY |
|---|---|---|---|
| | | | |

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 729 - Fradella, Garrison | 2/16/2025 4:32:42 AM | 3/6/2025 2:43:59 PM | 2 of 12 |

Case Number: **IPD-25-01881**
Report Number: IPD-25-01881-001

SUSPECT(S)

ARRESTEE(S)

| ARRESTEE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A1 | HUANG, YING JESSAMYN | | | | | | | | |

| SEX | RACE | DOB | AGE | HEIGHT | WEIGHT | HAIR | EYES | DLN | DL STATE |
|---|---|---|---|---|---|---|---|---|---|
| Female | Chinese | ███ | 40 | 5' 6" | 138.00 | Black | Brown | ███ | California |

| CLOTHING/OTHER IDENTIFYING FEATURES | VICTIM/WITNESS CAN IDENTIFY |
|---|---|
| | |

**ARREST CHARGE(S)**
PC 273.5(A) - M - INFLICT CORPORAL INJURY ON SPOUSE/COHABITANT/DATNG RELATNSHP - SIMPLE ASSAULT

| ARREST DATE/TIME | ARREST LOCATION |
|---|---|
| 2/16/2025 12:58:00 AM | ███ |

| MIRANDA | MIRANDA DATE/TIME | ARRESTEE STATUS |
|---|---|---|
| | | |

| ALIAS | ALIAS DOB | ALIAS SSN |
|---|---|---|
| | | |

| ADDRESS TYPE | ADDRESS | |
|---|---|---|
| Home | ███ | IRVINE, CA |

| PHONE TYPE | PHONE NUMBER |
|---|---|
| | |

**EMAIL/SOCIAL MEDIA ADDRESS**
███

| SCARS / MARKS / TATTOOS | LOCATION | DESCRIPTION |
|---|---|---|
| | | |

| EMPLOYER/SCHOOL | ADDRESS | OCCUPATION/GRADE |
|---|---|---|
| | , | DIGITAL COMMUNICATIONS |

ADDITIONAL INFORMATION

ARRESTEE PHOTO(S)



**Case Number: IPD-25-01881**
**Report Number:** IPD-25-01881-001

**VICTIM(S)**

| VICTIM | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| VICTIM CONFIDENTIAL | | Yes | | | | | | | |
| V1 | Individual: RUSCONI, THOMAS CHARLES | | | | | | | | |

| SEX | RACE | DOB | AGE | HEIGHT | WEIGHT | HAIR | EYES | DLN | DL STATE |
|---|---|---|---|---|---|---|---|---|---|
| Male | White | ███ | 37 | 6' 6" | 350.00 | Blond | Blue | ███ | California |

**VICTIM OF**
PC 273.5(A) - M - INFLICT CORPORAL INJURY ON SPOUSE/COHABITANT/DATNG RELATNSHP - SIMPLE ASSAULT

| ALIAS | ALIAS DOB | ALIAS SSN |
|---|---|---|
| | | |

| ADDRESS TYPE | ADDRESS |
|---|---|
| Home | ███████  Irvine, CA |

| PHONE TYPE | PHONE NUMBER |
|---|---|
| Mobile | ████████ |

**EMAIL/SOCIAL MEDIA ADDRESS**

| SCARS / MARKS / TATTOOS | LOCATION | DESCRIPTION |
|---|---|---|
| | | |

| EMPLOYER/SCHOOL | ADDRESS | OCCUPATION/GRADE |
|---|---|---|
| Newport Beach Public Library | , | P/T Staff |

**ADDITIONAL INFORMATION**

| INJURY | WEAPONS | MEDICAL TREATMENT | PARAMEDICS ON SCENE | STRANGULATION INVOLVED |
|---|---|---|---|---|
| Apparent Minor Injury | 40 - Personal Weapons (hands, feet, teeth, etc.) | Refused | No | No |

| OFFENDER | RELATIONSHIP |
|---|---|
| A - HUANG, YING JESSAMYN | Victim Was Ex-Boyfriend |

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 729 - Fradella, Garrison | 2/16/2025 4:32:42 AM | 3/6/2025 2:43:59 PM | 4 of 12 |

**Case Number: IPD-25-01881**
**Report Number:** IPD-25-01881-001

**OTHER WITNESS/ENTITY/RELATED PARTY**

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 729 - Fradella, Garrison | 2/16/2025 4:32:42 AM | 3/6/2025 2:43:59 PM | 5 of 12 |

**Case Number: IPD-25-01881**
**Report Number:** IPD-25-01881-001

**Property/Vehicle(s)**

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 729 - Fradella, Garrison | 2/16/2025 4:32:42 AM | 3/6/2025 2:43:59 PM | 6 of 12 |

Case Number: **IPD-25-01881**
Report Number: IPD-25-01881-001

**NARRATIVE**

On 2/16/25, I worked as a uniformed police officer for the city of Irvine. At approximately 0020 hours, dispatch received a call for service from Jessamyn Huang. She advised the following to dispatchers in summary. She had just been involved in a domestic violence incident with her ex-boyfriend (V1), and during the incident he was trying to provoke her into stabbing him with a knife. Additionally, she told me that he shoved her up against a wall tonight. She advised that V1 had been drinking and she wanted the keys to the car which V1 currently has in his bedroom. Due to Huang's reports that they were both separated, with V1 "barricaded" in a room, I responded to the location without lights and siren. I arrived on scene with several Officers including Officers M. He, J. Le, H. Gallegos, and Sergeant J. Do.

It should be noted that the following incident was recorded on my department issued Axon body worn camera. For further details, refer to my footage which was later uploaded to evidence.com.

**Initial Contact**

Upon my arrival, I made contact with Huang who wanted to meet me outside of the apartment. She told me that she did not need any medical attention. She told me she still lives with her ex-boyfriend (V1) and had gotten into an altercation with him where he threw beer at her which is why she smells like beer. She told me she was having a bad day because her new boyfriend had broken up with her. She told me that V1 came home "in a rage" and would likely not respond well to contact with Officers. She told me she felt embarrassed that Officers were on scene and worried what her neighbors would think. During my initial interaction with Huang, she spoke in a matter-of-fact way and mostly appeared calm.

I made contact with V1 inside his bedroom through a closed door. I asked if he was okay, he told me he was okay but he had just gotten attacked by his ex-girlfriend. I asked if we could talk in the living room and he replied: "No! I don't want to be anywhere near her!" When he said this, his voice cracked and he sounded fearful. He only came out of the bedroom to speak with me after telling him that Huang was outside.

**Interview of V1**

The following is a summary of my interview with V1. At the beginning of my interview he told me the glasses on the floor were his, and later confirmed that she tore the glasses from his face and slammed them on the ground, breaking them in the center. He told me that he has been dating Huang for 14 years. He told me that Huang dumped him a few months ago and since then they had been trying to work things out until he can save up enough money to "get the hell out of here." He told me that she cheated on him, which ended the relationship but Huang "came at him" tonight and blamed him for being the reason that the relationship with her new boyfriend "Will" had failed. He told me that he was trying to pack all of his things and drive back to Sacramento to be with his family, and then she "went after me! She wanted the keys to my car." I confirmed he was the sole registered owner of the vehicle. He told me she wanted the car so she could drop off Will at the airport tomorrow. V1 told me during the altercation, Huang "clawed" at him, threw a beer at him, jumped on him, and he finally broke free and locked himself in the bathroom. I asked if he was injured and he said he had a small cut on his finger. I noticed a few small abrasions on his right fingers and a small cut less than 1" long on his right middle finger. It was actively bleeding and appeared to have been sustained that night.

V1 admitted that he drank several beers earlier that night. As I was reviewing the incident, V1 confirmed that Huang blamed him for "ruining all her relationships." He found it odd that she blamed him for "the new guy" not wanting to be with her and admitted that he got upset because he felt like that wasn't his fault. He told me that Huang told him she hated him and wanted him to die. After she said that, he grabbed a knife from the kitchen and told her "well fine, do it!" to which she replied "you aren't worth it." V1 confirmed with me that he asked her to kill him. He told me he was feeling down because of everything going on. He told me he is diagnosed with PTSD and takes 20mg of Lexipro every day. He told me doesn't regularly see a doctor or speak with a mental health specialist because he can't afford health insurance. I asked V1 I was concerned about his behavior and statements of self harm, and asked if he would voluntarily go to see a mental health specialist if I was able to arrange. He told me he would voluntarily be placed on a mental health hold.

Officer H. Gallegos took photographs of V1- overall pictures and pictures of the injury.

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 729 - Fradella, Garrison | 2/16/2025 4:32:42 AM | 3/6/2025 2:43:59 PM | 7 of 12 |

Case Number: IPD-25-01881
Report Number: IPD-25-01881-001

V1 was uncontrollably sobbing during the majority of my interview with him. Officer Gallegos provided V1 with tissues and he blew his nose. At the conclusion of my interview, V1 told me "I just want this to be over" and then covered his eyes with his hands. I later asked V1 how Officers could help him in this moment. He cried and told me "I have no money. I couldn't get a hotel if I wanted. I've wanted to leave for a long time."

## Interview of Jessamyn Huang

I stepped outside and spoke with Officer M. He, who told me he had spoke to Huang briefly about what happened. Huang had stated that she had no injuries from tonight, only some minor back pain from being pushed up against a wall. When Officer He took a photograph of the scratch on Huang's back and showed it to her, she told him that it was likely not sustained from tonight's incident. Officer He took photographs of Huang and later uploaded them to Evidence.com.

The following is a summary of my interview with Huang. She told me the incident started because her "current boyfriend" broke up with her today, and told me "obviously, I'm having a pretty shit day." She said that at around 10 or 11PM, she called V1 to come home because she wanted someone to talk to about Will breaking up with her and believed that V1 would be understanding. V1 told her: "how dare you, why do you think you can tell me these things?" V1 called her a "whore", a "slut", and that he had cheated on her. She told me that V1 has been "really abusive to her, the past couple of years." She told me she was "done." Because of how V1 treated her, her therapist told her she has developed attachment issues. She admitted that tonight she "was not nice" and blamed him for creating issues in her "current relationship" was due to mental issues she believed she developed while with V1. She told me she "loved Will a lot." It should be noted that Huang appeared emotional only when she spoke about her new relationship with Will ending.

Huang told me that V1 uses his height as a means of intimidating her. (He is 6'6" tall and she is 5'6" tall). When she feels threatened by him standing over her, she typically "treats him like a little kid to calm him down or shut him out." She told me tonight she was trying to ignore him but he was trying to engage with her and belittled her for her failed relationship with Will. She told me that she was "disassociating" so she might not remember everything that had happened tonight, or that her memory might be out of order. Then she told me he had grabbed her wrists tonight, and at one point he took the car keys and told her "try to get to the airport tomorrow now!" I confirmed with her that V1 is the registered owner of the car, but Huang considered the car a shared vehicle because she pays for the car insurance and they both drive the car.

Huang told me: "I'm going to be honest, Officer. I snapped at one point and was like yeah... I cheated on you! I enjoyed it. Because you treat me like this… I was done with you a long time ago. You ruined the love of my life (Will) because of all this." It should be noted that Huang told me her relationship with Will began a few months ago. She then said V1 shoved her against the wall and said that she just wanted to bring Will to the airport, and then began to cry a little. She told me "I'm not proud of it. I grabbed his glasses and I broke them. And then he threw a beer at my face." She told me that after he threw the beer, he tried to go to his bedroom, and told her "stop!" But she told me "I just wanted the car keys, so I tried to grab them again." I examined Huang's face where she told me the beer can had hit her right temple, and later examined her face at the irvine custody facility. I noticed no visible sign that she had been struck and she told me she felt no pain there.

Huang then spontaneously told me that she has worked for the state legislature and has a friend who works for the Irvine Police Department.

I asked if there was anything else about the incident that she wanted to tell me about and she told me he had handed out a knife to her and told her to "stab him." Then in an off-hand manner told me that he threatened to kill her today. I asked her more about this and she told me that V1 made a reference to a recent murderer who has gained popularity on the internet (Luigi Mangione), pointed at her and told her to "sleep tight tonight." V1 then told her that her grandparents would be ashamed of her, that he was going to kill her, kill her parents, kill her dumb brother, her sister in law, and her two nieces. She later told me that she believes V1 to be "mentally damaged, so when he threatens to kill me… in all honesty, I don't think he actually means it." She told me that he: "regularly makes threats like that. I'm still here." I determined that Huang's allegations of V1's threats didn't meet criteria to be considered a violation of PC 422.

During my interview of Huang, she spoke about what happened in an excited manner. She often interrupted herself and went on tangents about prior events and I had to stop and clarify on several occasions if she was talking about what

happened tonight or in the past. I asked her how ultimately Officers could help her tonight, and she first told me she primarily wanted the car keys so she could take Will to the airport tomorrow. She then told me she wanted none of this to have happened and wanted her to stop threatening her. She told me that if I offered V1 assistance for his mental health, he would deny it but he needs it.

## Evidence

Both parties admitted that a physical struggle had occurred. In the kitchen I observed the following: There was a kitchen knife on the ground. There was the smell of beer coming from liquid spilled all over the kitchen counter and ground. There was a broken pair of reading glasses on the ground.

I observed abrasions on V1's fingers and a cut that was actively bleeding on his right middle finger. I did not observe any injuries on Huang and she did not report any to me.

During my interviews, I smelled alcohol coming from Huang's clothing and she told me that beer had been spilled on her. I saw a large portion of V1's shirt that was wet and the smell of alcohol coming from him as well.

I saw there were security surveillance cameras inside the living room and around the residence. Huang later told me that the cameras were not operational and would not have any footage of the incident. Both Huang and V1 told me neither of them had any videos of the incident and there were no other witnesses.

## Arrest of Huang

Based on my training and experience, statements from both involved parties, and evidence I gathered on scene, I determined the following. Huang and V1 were in a prior dating relationship and currently co-habitants at █████████. I determined that Huang ended her 14 year relationship with V1 by cheating on him with "Will." Will then ended his relationship with Huang, and tonight Huang called V1 to return to the apartment to console her and ultimately ask for the keys to their shared vehicle so she could drive her new ex-boyfriend to the airport. A physical confrontation ensued, where Huang tried to forcefully grab the keys from V1. During the struggle, Huang was pushed against the wall. Huang pulled the glasses off V1's face and broke them on the ground, then V1 threw a can of beer at her. V1 eventually retreated and locked himself in his room with the keys before Officers arrived on scene. During the above confrontation, Huang reported to suffering no injuries and I observed no fresh injuries on her- meanwhile V1 had a minor (but fresh) cut to his right middle finger. Huang later admitted that if she hadn't have gone for the keys (and possibly take an "Uber" instead), this whole physical confrontation would have been avoided. During my investigation, Huang disclosed that she was a victim of verbal abuse and possibly the victim of PC 243(e)(1), but I was unable to substantiate these allegations due to a lack of evidence. I formed the opinion that Huang was the dominant aggressor of this incident. Therefore I recognized Huang was in violation of PC 273.5- physical domestic violence with injury.

Per PC 13701(b), law enforcement officers are discouraged from dual arrests and encouraged to affect an arrest when a dominant aggressor is established through investigation. Additionally, department policy supports an arrest being made due to the propensity for domestic violence incidents escalating into greater acts of violence.

For the above reasons, I placed Huang under arrests for PC 273.5 at 0058 hours. Officer H. Gallegos transported Huang to the Irvine Custody Facility for booking.

## Domestic Violence Follow-up

Officer J. Le completed the medical release and victim advocate paperwork with V1, which were later submitted to records. V1 was provided with a DV pamphlet.

I applied for an Emergency Protective Order, relayed the facts of the incident, and Judge Cummings ordered the protective order in place. I served a copy of the order to V1 and Officer Le physically served a copy of the order to Huang. This order was later submitted to records to be attached with this report.

Neither party had any firearms registered to them, both said they didn't own firearms, and I didn't see any firearms in the residence.

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 729 - Fradella, Garrison | 2/16/2025 4:32:42 AM | 3/6/2025 2:43:59 PM | 9 of 12 |

Case Number: **IPD-25-01881**
Report Number: IPD-25-01881-001

## Mental Health Hold

V1 agreed to see a mental health professional regarding his behavior during the incident- specifically regarding when he asked Huang to kill him with a knife. He told me he had thoughts of harming himself but hasn't seen anyone regarding his mental health because he doesn't have health insurance. I coordinated a bed for him at the Orange Campus of Be Well, and voluntarily transported V1 there, where he was admitted. He told me that after getting treatment, he plans on packing up his belongings and driving to Sacramento to be with his family.

## Follow-up Statements from Huang

After she had been arrested, I was notified that Huang requested to file a complaint against me for failing to conduct a thorough investigation. Additionally, she advised she was going to notify council members of her arrest. At her request, I responded to the Irvine Custody Facility to meet with her. Her principal complaint was that I didn't hear her full story upon my interview with her. I spent a total of an hour and four minutes at the custody facility listening to Huang, discussing details of the incident, and educating her on relevant laws and procedures.

After hearing that V1 claimed he was injured, she alleged that he had been playing with the knife and likely cut himself on it. She then told me that he has a history of cutting himself with knives on his fingers and wrists due to his mental illness. When I told her I didn't see any self-inflicted injuries on his arms or hands when I was interviewing him, she then told me that he actually never caused any injuries to himself, but instead lightly caresses the knife across his skin so that there are no visible marks left.

Huang told me that she hadn't seen it before, but there were marks on her arms were V1 had grabbed her. I examined her arms, which showed a slight discoloration. Ultimately I determined these marks were inconsistent with grab marks, and was unable to determine if they were related to the struggle tonight. Huang also told me that there was a mark on her back. She showed me a long vertical scratch on the center of her back that had seemingly been caused by a small sharp object such as a cat's claw. Additionally, this injury appeared to be old and was already starting to heal. She told me she sustained this injury when she was pushed directly up against the wall flat. When I told her that her injury was inconsistent with being pushed up against a wall, she asked if it would be possible to sustain that kind of injury by scraping up against a radiator? I told her it would be possible. I determined that the marks on her body were inconsistent with her statements about how she got them, and was unable to substantiate her allegations that they were evidence of a physical altercation tonight.

Huang revealed to me that she was having a hard time with everything going on in her personal life. She admitted that her infidelity with V1 led to her being pregnant with Will's child. The reason why Will was in California was to be with her after she lost the child on Saturday. She was further distressed because Will had then broken up with her.

Huang ultimately re-iterated many of the comments she already made to me during my initial interview and expanded on her statements. She alleged verbal domestic violence between her and V1 with both of them being suspects and victims. She additionally re-affirmed that she initiated the confrontation tonight and admitted that the interaction would have been avoided if she never called V1 to come home and be insistent that she take the keys to his car. All of her new statements about sustaining injuries from the interaction were unable to be corroborated with facts and largely in response to what I told her.

At the conclusion of my second interview with Huang, I did not uncover any new evidence that would alter my initial arrest decision or filing charge. She was later transported to the Orange County Jail.

## Disposition

I request this report forwarded to the District Attorney's Office for consideration of filing the charge of PC 273.5(A) against Jessamyn Huang.

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 729 - Fradella, Garrison | 2/16/2025 4:32:42 AM | 3/6/2025 2:43:59 PM | 10 of 12 |

**Case Number: IPD-25-01881**
**Report Number:** IPD-25-01881-001

**Case Number:** IPD-25-01881
**Report Number:** IPD-25-01881-001

**PHOTOS**

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 729 - Fradella, Garrison | 2/16/2025 4:32:42 AM | 3/6/2025 2:43:59 PM | 12 of 12 |