1  Samantha Lamm (State Bar No. 203094)
   slamm@rutan.com
2  Kelsey Quist (State Bar No. 309876)
   kquist@rutan.com
3  RUTAN & TUCKER, LLP
   18575 Jamboree Road, 9th Floor
4  Irvine, CA 92612
   Telephone: 714-641-5100
5  Facsimile: 714-546-9035

6  Attorneys for Defendants
   CITY OF IRVINE, MICHAEL KENT, and
7  GARRISON FRADELLA

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

| | |
|---|---|
| 11  JESSAMYN HUANG, | Case No. 8:25-cv-01904-DFM |
| 12          Plaintiff, | Judge:   Douglas F. McCormick |
| 13     vs. | |
| 14  GARRISON FRADELLA, Officer, Irvine Police Department; MICHAEL KENT, Chief, Irvine Police Department; CITY OF IRVINE; and DOES 1-10, inclusive, | **DECLARATION OF SAMANTHA LAMM IN SUPPORT OF DEFENDANTS CITY OF IRVINE, MICHAEL KENT, AND GARRISON FRADELLA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER RULE 12(b)(6)** |
| 17          Defendants. | *[Filed Concurrently with Notice of Motion and Motion, Request for Judicial Notice, and [Proposed] Order]* |
| | Date:   November 4, 2025<br>Time:   10:00 a.m.<br>Courtroom: 6B |

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Rutan & Tucker, LLP
attorneys at law

2943/048170-1122
22791418.1 a09/17/25

-1-

DECL. OF SAMANTHA LAMM ISO MOTION
TO DISMISS PLAINTIFF'S COMPLAINT

## DECLARATION OF SAMANTHA LAMM

I, Samantha Lamm, declare as follows:

1. I am Of Counsel at the law firm of Rutan & Tucker, LLP, counsel of record for Defendants City of Irvine, Michael Kent, and Garrison Fradella in this action. I make this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(6). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Pursuant to Central District Local Rule 7-3, on September 4, 2025, I discussed the substance of this motion during a meet and confer call via telephone with Plaintiff's counsel, Karen Kartun and John Washington. Unfortunately, a resolution could not be reached prior to the filing of this motion.

3. However, Plaintiff's counsel did agree to stipulate in writing that Plaintiff would not be seeking punitive damages against Defendant City of Irvine. Attached hereto as **Exhibit A** is a true and correct copy of the Email Chain between Karen Kartun and Samantha Lamm dated September 16, 2025.

4. As of today's date, aside from the punitive damages claim, Plaintiff has not agreed to dismiss any claims and has not otherwise amended her Complaint to address any of the deficiencies discussed during our September 4, 2025 call, thereby necessitating the filing of this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2025, at Irvine, California.

_____
Samantha Lamm