| | |
|---|---|
| **From:** | Karen Kartun |
| **To:** | Lamm, Samantha |
| **Cc:** | PAUL HOFFMAN; John Washington; Quist, Kelsey; Johnson, Patricia |
| **Subject:** | Re: Huang v. Fradella (Case No. 8:25-cv-01904) |
| **Date:** | Tuesday, September 16, 2025 11:36:24 AM |
| **Attachments:** | image001.png |

Hi Sam,

I appreciate your response. Can we set the hearing for Tuesday, November 4, 2025? And yes, I can confirm that we are not seeking punitive damages against the City.

Thank you,

Karen

**From:** Lamm, Samantha <slamm@rutan.com>
**Date:** Tuesday, September 16, 2025 at 11:18 AM
**To:** Karen Kartun <kkartun@hoffmanwashington.com>
**Cc:** Paul Hoffman <hoffpaul@aol.com>, John Washington <jwashington@sshhzlaw.com>, Quist, Kelsey <kquist@rutan.com>, Johnson, Patricia <PJohnson@rutan.com>
**Subject:** RE: Huang v. Fradella (Case No. 8:25-cv-01904)

Hi Karen,

Judge McCormick hears civil motions on Tuesdays at 10 AM. Please let me know what dates work for you. I had planned to set the motion 30 days out from service, but we will do our best to accommodate your request. I'll be going out of the country from November 7-17th, so I'd like to schedule the hearing before I leave.

On another note, please confirm that the punitive damages request is not being asserted against the City. Thank you.

-Sam

**Samantha Lamm**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 338-1886
slamm@rutan.com | www.rutan.com



_____

Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Karen Kartun <kkartun@hoffmanwashington.com>
**Sent:** Tuesday, September 16, 2025 9:31 AM
**To:** Lamm, Samantha <slamm@rutan.com>; Quist, Kelsey <kquist@rutan.com>; Johnson, Patricia <PJohnson@rutan.com>
**Cc:** Paul Hoffman <hoffpaul@aol.com>; John Washington <jwashington@sshhzlaw.com>
**Subject:** Re: Huang v. Fradella (Case No. 8:25-cv-01904)

Dear Ms. Lamm,

In anticipation of your filing a motion to dismiss tomorrow in the above referenced matter, we wanted to ask what hearing date you intend to request. We will be quite busy over the next few weeks with other matters, so we were hoping we could agree to a briefing schedule that would allow us a little additional time for the opposition, and then, of course, a commensurate amount of time for your reply. Please let me know if you would be amenable to such an arrangement.

Best,

Karen

Karen Kartun
Of Counsel
Schonbrun, Seplow, Harris, Hoffman & Zeldes, LLP
200 Pier Ave, Ste 226
Hermosa Beach, CA 90254
e. kkartun@hoffmanwashington.com

Confidentiality Notice: This message and any attachments are intended solely for the person(s) to whom it is addressed. It may contain information that is legally privileged or confidential. If you are not the intended recipient, any distribution or copying of this information is prohibited by law. If you have received this message in error, please notify the sender immediately, delete this message, and destroy any stored copies of this email or its attachments.