UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JESSAMYN HUANG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GARRISON FRADELLA, Officer, Irvine Police Department; MICHAEL KENT, Chief, Irvine Police Department; CITY OF IRVINE; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 8:25-cv-01904<br><br>Judge: Douglas F. McCormick<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF IRVINE, MICHAEL KENT, AND GARRISON FRADELLA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER RULE 12(b)(6)**<br><br>*[Filed Concurrently with Notice of Motion and Motion, Declaration of Samantha Lamm; and Request for Judicial Notice]*<br><br>Date:　　　November 4, 2025<br>Time:　　　10:00 a.m.<br>Courtroom:　6B |

The Motion of Defendants CITY OF IRVINE, MICHAEL KENT, and GARRISON FRADELLA to Dismiss Plaintiff JESSAMYN HUANG's Complaint came on for hearing before this Court, with John Washington and Karen Kartun appearing for Plaintiff and Samantha Lamm and Kelsey E. Quist appearing for Defendants.

After consideration of the briefs and arguments of counsel, and having considered all documents filed in support of and in opposition to this Motion and all other pleadings and papers on file herein, the Court finds as follows:

**IT IS HEREBY ORDERED THAT** Defendants City of Irvine, Michael Kent, and Garrison Fradella ("Defendants") Motion to Dismiss Plaintiff's Complaint under Rule 12(b)(6) is GRANTED, as follows:

1. Plaintiff's First Cause of Action for Violation of California Civil Code § 52.1 is dismissed with prejudice for failure to state a claim upon which relief may be granted.

2. Plaintiff's Second Cause of Action for Intentional Infliction of Emotional Distress is dismissed with prejudice for failure to state a claim upon which relief may be granted.

3. Plaintiff's Third Cause of Action for Negligence is dismissed with prejudice as it is barred as a matter of law and otherwise fails to state a claim upon which relief may be granted.

4. Plaintiff's Fourth Cause of Action for Negligence Hiring/Employment is dismissed with prejudice as it is barred as a matter of law and otherwise fails to state a claim upon which relief may be granted.

5. Plaintiff's Fifth Cause of Action for Violation of 42 U.S.C. § 1983 (Unlawful Arrest) is dismissed with prejudice for failure to state a claim upon which relief may be granted.

6. Plaintiff's Sixth Cause of Action for Violation of 42 U.S.C. § 1983 (Malicious Prosecution) is dismissed with prejudice for failure to state a claim upon which relief may be granted.

7. Plaintiff's Seventh Cause of Action for Violation of 42 U.S.C. § 1983 (*Monell Liability*) is dismissed with prejudice for failure to state a claim upon which relief may be granted.

1    8.   Plaintiff's Eighth Cause of Action for Injunctive Relief is dismissed
          with prejudice as there is an adequate remedy at law, and it fails to state
          a claim upon which relief may be granted.

IT IS SO ORDERED.

Dated: _____          _____
                                         Honorable Douglas F. McCormick
                                         U.S. District Judge

2943/048170-1122
22791479.1 a09/17/25                -3-          [PROPOSED] ORDER GRANTING
                                                 DEFENDANTS' MOTION TO DISMISS
                                                 PLAINTIFF'S COMPLAINT